UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:20-cv-1549-Orl-78LRH

DAVID POSCHMANN,

        Plaintiff,

v.

WINDEMERE BY THE SEA, LLC

        Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear his/its own fees and costs except as otherwise agreed.

Dated: November 16, 2020

| | |
|---|---|
| s/Drew M. Levitt | s/Rashida L. Willhoit |
| Drew M. Levitt | Rashida L. Willhoit |
| Florida Bar No. 782246 | Florida Bar No. 093582 |
| drewmlevitt@gmail.com | Rashida.willhoit@geganoffice.com |
| Lee D. Sarkin | **GEGAN LAW OFFICE** |
| Florida Bar No. 962848 | 1005 N. Marion Street |
| lsarkin@aol.com | Floridian Legal Service Bldg. |
| 4700 N.W. Boca Raton Boulevard | Tampa, Florida 33602 |
| Suite 302 | Telephone (813) 248-8900 |
| Boca Raton, Florida 33431 | Attorneys for Defendant |
| Telephone (561) 994-6922 | |
| Attorneys for Plaintiff | |