**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DAVID POSCHMANN,

        Plaintiff,

v.                                                   Case No:  6:20-cv-1549-Orl-78LRH

WINDEMERE BY THE SEA, LLC,

        Defendant.

## **ORDER**

THIS CAUSE is before the Court on the parties' joint Stipulation of Dismissal With Prejudice (Doc. 20), filed November 16, 2020. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on November 18, 2020.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record